Com. of Pa. *v.* Friend, Appellant.

Argued October 22, 1930.

481

 Before TREX-
LER, P. J., KELLER, LINN, GAWTHROP, CUNNINGHAM and
BALDRIGE, JJ. 

*Clarence Balentine,* and with him *Edward J. Kelly,*
for appellant.

*J. Julius Levy,* and with him *John J. Owens,* Dis-
trict Attorney, and *Paul H. Maxey,* for appellee.

OPINION BY GAWTHROP, J., December 27, 1930:

This is a separate appeal by Harry J. Friend from
a sentence following a conviction on a bill charging
him and Edmund B. Jermyn and others with con-
spiracy. Although appellant and Jermyn were tried
together, their appeals were argued on different sets
of paper books and each is entitled to separate judg-
ment on his own appeal, according as the same may
be determined to have substantial merit, or other-
wise. No question is raised in this appeal that was
not considered in the opinion this day filed in No. 30,
February Term, 1930.

For the reasons given in that opinion, the judg-
ment is affirmed and it is ordered that the defendant,

Harry J. Friend, appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part of it, which had not been performed at the time the appeal in this case was made a supersedeas.